1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California  95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4
Attorneys for Plaintiff
5 Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN CISNEROS, et al.,<br><br>　　　　Defendants. | No.  1:12-CV-00188-LJO-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HECTOR M. SERRANO dba SERRANO CHIPOTLE MEXICAN RESTAURANT TO RESPOND TO COMPLAINT; ORDER** |

**WHEREAS**, Defendant Hector M. Serrano dba Serrano Chipotle Mexican Restaurant ("Defendant") just recently retained counsel to represent him in this matter and such counsel has not had time to investigate the underlying claims and defenses in this action;

**WHEREAS**, Defendant's responsive pleading was due on March 16, 2012 and the extension of time requested herein exceeds twenty-eight (28) days from March 16, 2012;

**WHEREAS**, Plaintiff Ronald Moore ("Plaintiff" and together with Defendant, the "Parties") and Defendant desire to have an opportunity to explore settlement without the need to expend additional attorney fees and to conserve the resources of the Court;

**WHEREAS**, a scheduling conference is set in this matter for June 5, 2012 and this request for an extension of time shall not alter or affect said date;

///

*Moore v. Cisneros, et al.*
Stipulation for Extension of Time; Order

Page 1

**IT IS HEREBY STIPULATED** between the Parties, through their respective counsel, that Defendant may have to and including May 3, 2012 to file a responsive pleading in this matter. This extension of time is Defendant's first extension and does not alter the date of any event or any deadline already fixed by Court order.

Date: April 4, 2012     MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Ronald Moore

Date: April 4, 2012     LAW OFFICE OF MYRON M. SMITH


/s/ Myron F. Smith
Myron F. Smith, Attorney for Defendant
Hector M. Serrano dba Serrano Chipotle
Mexican Restaurant

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Hector M. Serrano dba Serrano Chipotle Mexican Restaurant shall have to and including May 3, 2012, within which to answer or otherwise respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **April 4, 2012**             **/s/ Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE

*Moore v. Cisneros, et al.*
Stipulation for Extension of Time; Order