UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>     vs.<br><br>JUAN CISNEROS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV F 12-0188 LJO SKO<br><br>**AMENDED ORDER AFTER SETTLEMENT**<br>(Doc. 21.) |

Plaintiff's counsel notified this Court that settlement has been reached with defendant Hector M. Serraon dba Serrano Chipolte Mexican Restaurant ("Mr. Serrano"). Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 1, 2012,** to file appropriate papers to dismiss or conclude this action as to Mr. Serrano, or to show good cause why the action has not been dismissed as to Mr. Serrano.

Given the May 18, 2012 entry of default as to defendant Juan Cisneros ("Mr. Cisneros"), this Court ORDERS plaintiff, **no later than October 1, 2012**, to file papers to seek default judgment against Mr. Cisneros or to dismiss or conclude this action as to Mr. Cisneros.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   September 5, 2012**                          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE