K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-CV-00188-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF HECTOR M. SERRANO DBA SERRANO CHIPOTLE MEXICAN RESTAURANT ONLY; ORDER** |
| vs. | |
| JUAN CISNEROS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Hector M. Serrano dba Serrano Chipotle Mexican Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Hector Serrano dba Serrano Chipotle Mexican Restaurant be dismissed without prejudice from this action.

Date: September 19, 2012                                MOORE LAW FIRM, P.C.


                                                                            /s/Tanya E. Moore
                                                                            Tanya E. Moore
                                                                            Attorney for Plaintiff Ronald Moore

///

*Moore v. Cisneros, et al.*
Stipulation for Dismissal of Hector M. Serrano dba Serrano Chipotle Mexican Restaurant Only
Page 1

1 | Date: September 18, 2012          /s/ Myron F. Smith
                                      Myron F. Smith
                                      Attorney for Defendant Hector M. Serrano
                                      dba Serrano Chipotle Mexican Restaurant

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Hector M. Serrano dba Serrano Chipotle Mexican Restaurant is dismissed without prejudice from this action.

IT IS SO ORDERED.

Dated:   **September 19, 2012**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

*Moore v. Cisneros, et al.*
Stipulation for Dismissal of Hector M. Serrano dba Serrano Chipotle Mexican Restaurant Only
Page 2